E-Filing

1  MELINDA HAAG (CABN 132612)   SEALED BY ORDER
   United States Attorney            OF THE COURT
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       Timothy.lucey@usdoj.gov
8
   Attorneys for United States of America
9

FILED
MAR 0 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13                         No. CR  14  70298  PSG

14  IN RE:                              )
                                        )
15  CRIMINAL COMPLAINT FOR              )   UNITED STATES' MOTION TO SEAL
                                        )   CRIMIINAL COMPLAINT; [PROPOSED] ORDER
16  KISHORE PALLAPOTHU                  )   GRANTING MOTION TO SEAL
                                        )
17                                      )   SAN JOSE VENUE
                                        )
18                                      )
                                        )
19                                      )
                                        )
20  _____)

21       The Government hereby moves this Court for an order sealing this Motion, the Criminal

22  Complaint, including the Affidavit and all attachments thereto, the Arrest Warrant, and the sealing order

23  until further order of this Court. The Government believes that the disclosure of the existence of the

24  Criminal Complaint and/or Arrest Warrant and/or the information contained in the supporting affidavit

25  and attachments to the affidavit may jeopardize the progress of an ongoing investigation and the

26  apprehension of the defendant. The Government also requests that the Court order the Clerk of the

27  Court to furnish copies of the Criminal Complaint, including the Affidavit and attachments thereto, and

28  the Arrest Warrant to the United States Attorney's Office and to agents and other law enforcement

[PROPOSED] SEALING ORDER
CR

1  officers of the Department of Labor/Office of Inspector General, Department of Homeland Security, and
2  Department of State/Diplomatic Security Service.

4  DATED: March 4, 2014                             Respectfully submitted,

                                                   MELINDA HAAG
                                                   United States Attorney


                                                   _____
                                                   TIMOTHY J. LUCEY
                                                   Assistant United States Attorney


12     Good causing appearing therefor, it is hereby ordered that the Motion, the Criminal Complaint,
13  including the Affidavit and all attachments thereto, the Arrest Warrant, and the sealing order and all
14  related papers be filed and maintained under seal until further motion of the government, or further order
15  of this Court. The Clerk of the Court is ordered to furnish copies of the aforesaid documents in this
16  matter to the United States Attorney's Office and to agents and other law enforcement officers of the
17  Department of Labor/Office of Inspector General, Department of Homeland Security, and Department
18  of State/Diplomatic Security Service.

20     **IT IS SO ORDERED.**
21  DATED: 3.4.14

                                                   HON. PAUL S. GREWAL
                                                   United States Magistrate Judge

[PROPOSED] SEALING ORDER
CR