AO 257 (Rev. 6/78)

SEALED BY ORDER
OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

─── OFFENSE CHARGED ───

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

CR 15 00427

─── DEFENDANT - U.S ───

▶ RAGINI VECHAM a/k/a/ Ragini Vechham   ✚

DISTRICT COURT NUMBER

DEFENDANT

*FILED SEP 02 2015 SUSAN Y. SOONG CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

BLF

PSG

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE }

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant }

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Timothy J. Lucey

### IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### U.S.
### v.
### RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

|   | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 5 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Two - Fourteen:** 18 U.S.C. §1546(a) - Visa Fraud (Vecham and Pallapothu)

|   | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 10 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:** Mail Fraud, 18 U.S.C. § 1341 (Vecham and Pallapothu)

|   | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 20 years |
| | | Fine | $250,000 or twice the amount of gain or loss |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Twenty-eight:** 18 U.S.C. § 1505 - Obstruction of Justice, (Pallapothu)

|   | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 5 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Twenty-nine and Thirty:**     18 U.S.C. § 1512(b)(3) - Witness Tampering
                                                                    (Pallapothu)

|          | Penalties: | Maximum prison sentence | 20 years |
|----------|------------|-------------------------|----------|
|          |            | Fine | $250,000 |
|          |            | Supervised release term | 3 years |
|          |            | Special assessment | $100 |

**Count Thirty-one:**     18 U.S.C. § 1505 – Obstruction of Justice
                                           (Tota)

|          | Penalties: | Maximum prison sentence | 5 years |
|----------|------------|-------------------------|---------|
|          |            | Fine | $250,000 |
|          |            | Supervised release term | 3 years |
|          |            | Special assessment | $100 |

**Count Thirty-two:**     18 U.S.C. § 1014 - Loan Fraud
                                      (Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**     18 U.S.C. § 1014 - Loan Fraud
                                          (Vecham, Pallapothu, and Sage 20 Hayward LLC)

|          | Penalties: | Maximum prison sentence | 30 years |
|----------|------------|-------------------------|----------|
|          |            | Fine | $1,000,000 or twice the amount of gain or loss |
|          |            | Supervised release term | 5 years |
|          |            | Special assessment | $100 |

**Count Thirty-four:**     18 U.S.C. § 1343 - Wire Fraud
                                      (Vecham, Pallapothu, Horizon, Softnet and Rose 23
                                      Hayward LLC)

|          | Penalties: | Maximum prison sentence | 20 years |
|----------|------------|-------------------------|----------|
|          |            | Fine     $250,000 or twice the amount of gain or loss | |
|          |            | Supervised release term | 3 years |
|          |            | Special assessment | $100 |

**Counts Thirty-five and Thirty-six**: 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 10 years |
|  | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

**Count Thirty-seven**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
|  | Fine | $1,000,000 or twice the amount of gain or loss |
|  | Supervised release term | 5 years |
|  | Special assessment | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

SEALED BY ORDER OF THE COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

#### OFFENSE CHARGED

See Attachment
☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

CR 15 00 427

BLF
FILED PSG

#### DEFENDANT - U.S

▶ KISHORE PALLAPOTHU a/k/a Krishna Kishore

DISTRICT COURT NUMBER

#### DEFENDANT

IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

NO CUSTODY
FILED
SEP 02 2015
NORTHERN DISTRICT OF CALIFORNIA

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 14-70298 PSG

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Timothy J. Lucey

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount: No Bail

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

|  | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
|  |  | Fine | $250,000 |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Counts Two - Fourteen:**   18 U.S.C. §1546(a) - Visa Fraud
(Vecham and Pallapothu)

|  | Penalties: | Maximum prison sentence | 10 years |
|---|---|---|---|
|  |  | Fine | $250,000 |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:**   18 U.S.C. § 1341 - Mail Fraud
(Vecham and Pallapothu)

|  | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
|  |  | Fine | $250,000 or twice the amount of gain or loss |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Count Twenty-eight:**   18 U.S.C. § 1505 - Obstruction of Justice,
(Pallapothu)

|  | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
|  |  | Fine | $250,000 |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 20 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 20 years |
| | Fine | $250,000 or twice the amount of gain or loss |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Thirty-five and Thirty-six:** 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 10 years |
|  | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

**Count Thirty-seven:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
|  | Fine | $1,000,000 or twice the amount of gain or loss |
|  | Supervised release term | 5 years |
|  | Special assessment | $100 |

3

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

SEALED BY ORDER OF THE COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN JOSE DIVISION |

─── **OFFENSE CHARGED** ───

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

**DEFENDANT - U.S**

▶ SATYANARAYANA TOTA

DISTRICT COURT NUMBER

CR 15   00427   (FILED stamp) BLF PSG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Timothy J. Lucey

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                  Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### U.S.
### v.
### RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

|   | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
|   |   | Fine | $250,000 |
|   |   | Supervised release term | 3 years |
|   |   | Special assessment | $100 |

**Counts Two - Fourteen:** 18 U.S.C. §1546(a) - Visa Fraud (Vecham and Pallapothu)

|   | Penalties: | Maximum prison sentence | 10 years |
|---|---|---|---|
|   |   | Fine | $250,000 |
|   |   | Supervised release term | 3 years |
|   |   | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:** 18 U.S.C. § 1341 - Mail Fraud (Vecham and Pallapothu)

|   | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
|   |   | Fine | $250,000 or twice the amount of gain or loss |
|   |   | Supervised release term | 3 years |
|   |   | Special assessment | $100 |

**Count Twenty-eight:** 18 U.S.C. § 1505 - Obstruction of Justice, (Pallapothu)

|   | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
|   |   | Fine | $250,000 |
|   |   | Supervised release term | 3 years |
|   |   | Special assessment | $100 |

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 20 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23 Hayward LLC)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 20 years |
| | Fine | $250,000 or twice the amount of gain or loss |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Thirty-five and Thirty-six:** 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

e-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

SEALED BY ORDER OF THE COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN JOSE DIVISION

─── **OFFENSE CHARGED** ───

See Attachment

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See Attachment

CR 15   00427   BLF PSG

─── **DEFENDANT - U.S** ───

▶ HORIZON TECHNOLOGIES, INC.

DISTRICT COURT NUMBER

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY   ☐ DEFENSE

}   SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

}   MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Timothy J. Lucey

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.

1) ☒ If not detained give date any prior
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

}   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date
filed

DATE OF
ARREST   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED
SEP 02 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# ATTACHMENT TO PENALTY SHEET

## U.S.
### v.
## RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

|       | Penalties: |                          |           |
|-------|-----------|--------------------------|-----------|
|       |           | Maximum prison sentence  | 5 years   |
|       |           | Fine                     | $250,000  |
|       |           | Supervised release term  | 3 years   |
|       |           | Special assessment       | $100      |

**Counts Two - Fourteen:**   18 U.S.C. §1546(a) - Visa Fraud
(Vecham and Pallapothu)

|       | Penalties: |                          |           |
|-------|-----------|--------------------------|-----------|
|       |           | Maximum prison sentence  | 10 years  |
|       |           | Fine                     | $250,000  |
|       |           | Supervised release term  | 3 years   |
|       |           | Special assessment       | $100      |

**Counts Fifteen – Twenty-seven:**   18 U.S.C. § 1341 - Mail Fraud
(Vecham and Pallapothu)

|       | Penalties: |                          |                                           |
|-------|-----------|--------------------------|-------------------------------------------|
|       |           | Maximum prison sentence  | 20 years                                  |
|       |           | Fine                     | $250,000 or twice the amount of gain or loss |
|       |           | Supervised release term  | 3 years                                   |
|       |           | Special assessment       | $100                                      |

**Count Twenty-eight:**   18 U.S.C. § 1505 - Obstruction of Justice,
(Pallapothu)

|       | Penalties: |                          |           |
|-------|-----------|--------------------------|-----------|
|       |           | Maximum prison sentence  | 5 years   |
|       |           | Fine                     | $250,000  |
|       |           | Supervised release term  | 3 years   |
|       |           | Special assessment       | $100      |

1

**Counts Twenty-nine and Thirty:**     18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 20 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-one:**     18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-two:**     18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**     18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

**Count Thirty-four:**     18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23
Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 20 years |
| | Fine | $250,000 or twice the amount of gain or loss |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

2

**Counts Thirty-five and Thirty-six:** 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

| Penalties: | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| Penalties: | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

CR 15 00427 FILED

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---DEFENDANT - U.S---

SOFTNET TECHNOLOGY SOLUTIONS, INC.,
a/k/a Sonora Staffing

DISTRICT COURT NUMBER

BLF
PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Timothy J. Lucey

DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### U.S.
### v.
### RAGINI VECHAM, et al.

**Count One** : 18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

|  |  |  |
|---|---|---|
| _Penalties:_ | Maximum prison sentence | 5 years |
|  | Fine | $250,000 |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

**Counts Two - Fourteen:** 18 U.S.C. §1546(a) - Visa Fraud (Vecham and Pallapothu)

|  |  |  |
|---|---|---|
| _Penalties:_ | Maximum prison sentence | 10 years |
|  | Fine | $250,000 |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:** 18 U.S.C. § 1341 - Mail Fraud (Vecham and Pallapothu)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 20 years |
|  | Fine | $250,000 or twice the amount of gain or loss |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

**Count Twenty-eight:** 18 U.S.C. § 1505 - Obstruction of Justice, (Pallapothu)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 5 years |
|  | Fine | $250,000 |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

1

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

|  | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
|  |  | Fine | $250,000 |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

|  | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
|  |  | Fine | $250,000 |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

|  | Penalties: | Maximum prison sentence | 30 years |
|---|---|---|---|
|  |  | Fine | $1,000,000 or twice the amount of gain or loss |
|  |  | Supervised release term | 5 years |
|  |  | Special assessment | $100 |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23 Hayward LLC)

|  | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
|  |  | Fine | $250,000 or twice the amount of gain or loss |
|  |  | Supervised release term | 3 years |
|  |  | Special assessment | $100 |

**Counts Thirty-five and Thirty-six:** 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 10 years |
|  | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
|  | Supervised release term | 3 years |
|  | Special assessment | $100 |

**Count Thirty-seven:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

|  |  |  |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
|  | Fine | $1,000,000 or twice the amount of gain or loss |
|  | Supervised release term | 5 years |
|  | Special assessment | $100 |

AO 257 (Rev. 6/78)

SEALED BY ORDER
OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---

### OFFENSE CHARGED

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

CR 15    00427

FILED BLF
PSG

FILED
SEP 02 2015
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶   RAMANA REDDY

DISTRICT COURT NUMBER

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Timothy J. Lucey

### IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### U.S.
### v.
### RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Two - Fourteen:**    18 U.S.C. §1546(a) - Visa Fraud
(Vecham and Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 10 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:**    18 U.S.C. § 1341 - Mail Fraud
(Vecham and Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 20 years |
| | Fine | $250,000 or twice the amount of gain or loss |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Twenty-eight:**    18 U.S.C. § 1505 - Obstruction of Justice,
(Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 20 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 5 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 30 years |
| | | Fine | $1,000,000 or twice the amount of gain or loss |
| | | Supervised release term | 5 years |
| | | Special assessment | $100 |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23 Hayward LLC)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 20 years |
| | | Fine | $250,000 or twice the amount of gain or loss |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Thirty-five and Thirty-six:** 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

3

AO 257 (Rev. 6/78)

SEALED BY ORDER
OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
      ☐ SUPERSEDING

| — OFFENSE CHARGED — | Name of District Court, and/or Judge/Magistrate Location |
|---|---|

See Attachment
☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

— DEFENDANT - U.S —

▶  ROSE 23 HAYWARD LLC

DISTRICT COURT NUMBER

CR 15    00427 BLF PSG

FILED
SEP 02 2015
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form      Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)      Timothy J. Lucey

**DEFENDANT**

IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction           ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:           Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### U.S.
### v.
### RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 5 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Two - Fourteen:** 18 U.S.C. §1546(a) - Visa Fraud (Vecham and Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 10 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:** 18 U.S.C. § 1341 - Mail Fraud (Vecham and Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 20 years |
| | | Fine | $250,000 or twice the amount of gain or loss |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Twenty-eight:** 18 U.S.C. § 1505 - Obstruction of Justice, (Pallapothu)

| | Penalties: | | |
|---|---|---|---|
| | | Maximum prison sentence | 5 years |
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

|        |                           |           |
|--------|---------------------------|-----------|
| Penalties: | Maximum prison sentence | 20 years  |
|        | Fine                      | $250,000  |
|        | Supervised release term   | 3 years   |
|        | Special assessment        | $100      |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

|        |                           |           |
|--------|---------------------------|-----------|
| Penalties: | Maximum prison sentence | 5 years   |
|        | Fine                      | $250,000  |
|        | Supervised release term   | 3 years   |
|        | Special assessment        | $100      |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

|        |                           |           |
|--------|---------------------------|-----------|
| Penalties: | Maximum prison sentence | 30 years  |
|        | Fine                      | $1,000,000 or twice the amount of gain or loss |
|        | Supervised release term   | 5 years   |
|        | Special assessment        | $100      |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23
Hayward LLC)

|        |                           |           |
|--------|---------------------------|-----------|
| Penalties: | Maximum prison sentence | 20 years  |
|        | Fine    $250,000 or twice the amount of gain or loss |  |
|        | Supervised release term   | 3 years   |
|        | Special assessment        | $100      |

**Counts Thirty-five and Thirty-six**: 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

3

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN JOSE DIVISION |

### OFFENSE CHARGED

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    See Attachment

CR 15 00427

**DEFENDANT - U.S**

▶ SAGE 20 HAYWARD LLC

DISTRICT COURT NUMBER

**BLF**
**PSG**

**FILED SEP 02 2015**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:       **SHOW DOCKET NO.**
   ☐ U.S. ATTORNEY  ☐ DEFENSE  }

☐ this prosecution relates to a pending case involving this same defendant    **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person Furnishing Information on this form    Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Timothy J. Lucey

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

### U.S.
### v.
### RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

        Penalties:

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Fine | $250,000 |
| Supervised release term | 3 years |
| Special assessment | $100 |

**Counts Two - Fourteen:** 18 U.S.C. §1546(a) - Visa Fraud (Vecham and Pallapothu)

        Penalties:

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Fine | $250,000 |
| Supervised release term | 3 years |
| Special assessment | $100 |

**Counts Fifteen – Twenty-seven:** 18 U.S.C. § 1341 - Mail Fraud (Vecham and Pallapothu)

        Penalties:

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Fine | $250,000 or twice the amount of gain or loss |
| Supervised release term | 3 years |
| Special assessment | $100 |

**Count Twenty-eight:** 18 U.S.C. § 1505 - Obstruction of Justice, (Pallapothu)

        Penalties:

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Fine | $250,000 |
| Supervised release term | 3 years |
| Special assessment | $100 |

**Counts Twenty-nine and Thirty:**     18 U.S.C. § 1512(b)(3) - Witness Tampering
                                                    (Pallapothu)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 20 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
                                  (Tota)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-two:**  18 U.S.C. § 1014 - Loan Fraud
                                  (Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**  18 U.S.C. § 1014 - Loan Fraud
                                  (Vecham, Pallapothu, and Sage 20 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

**Count Thirty-four:**  18 U.S.C. § 1343 - Wire Fraud
                                  (Vecham, Pallapothu, Horizon, Softnet and Rose 23
                                  Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 20 years |
| | Fine | $250,000 or twice the amount of gain or loss |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Thirty-five and Thirty-six**: 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

|          |                            |                                                                                          |
|----------|----------------------------|------------------------------------------------------------------------------------------|
| Penalties: | Maximum prison sentence | 10 years |
|          | Fine                       | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
|          | Supervised release term    | 3 years |
|          | Special assessment         | $100 |

**Count Thirty-seven**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

|          |                            |                                             |
|----------|----------------------------|---------------------------------------------|
| Penalties: | Maximum prison sentence | 30 years |
|          | Fine                       | $1,000,000 or twice the amount of gain or loss |
|          | Supervised release term    | 5 years |
|          | Special assessment         | $100 |

E-filing

AO 257 (Rev. 6/78)

SEALED BY ORDER
OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---

#### OFFENSE CHARGED

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

CR 15  00 427  FILED  BLF  PSG

---

**DEFENDANT - U.S**

▶ JASMINE 20 HAYWARD LLC

DISTRICT COURT NUMBER

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Timothy J. Lucey

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED
SEP 02 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE, CALIFORNIA

---

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## RAGINI VECHAM, et al.

**Count One :** 18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Two - Fourteen:** 18 U.S.C. §1546(a) - Visa Fraud (Vecham and Pallapothu)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 10 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Fifteen – Twenty-seven:** 18 U.S.C. § 1341 - Mail Fraud (Vecham and Pallapothu)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 20 years |
| | Fine | $250,000 or twice the amount of gain or loss |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Twenty-eight:** 18 U.S.C. § 1505 - Obstruction of Justice, (Pallapothu)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 5 years |
| | Fine | $250,000 |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

| | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

| | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

| | Penalties: | Maximum prison sentence | 30 years |
|---|---|---|---|
| | | Fine | $1,000,000 or twice the amount of gain or loss |
| | | Supervised release term | 5 years |
| | | Special assessment | $100 |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23 Hayward LLC)

| | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
| | | Fine | $250,000 or twice the amount of gain or loss |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Thirty-five and Thirty-six**: 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| Penalties: | | |
|---|---|---|
| | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

AO 257 (Rev. 6/78)

SEALED BY ORDER
OF THE COURT

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---- **OFFENSE CHARGED** ----

See Attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See Attachment

---- **DEFENDANT - U.S** ----

▶ TULIP 26 HAYWARD LLC

**DISTRICT COURT NUMBER**

CR 15    00 427    BLF
PSG

FILED

SEP 04 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE }

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

**Name and Office of Person Furnishing Information on this form**   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   Timothy J. Lucey

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
☐ 1) If not detained give date any prior
summons was served on above charges   ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction }   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST**   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- **ADDITIONAL INFORMATION OR COMMENTS** ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                 Before Judge:

# ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of
Justice, Witness Tampering, and to Defraud the United States
(Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose,
Sage, Jasmine, Tulip and Lily)

|                | Penalties: |                          |           |
|----------------|------------|--------------------------|-----------|
|                |            | Maximum prison sentence  | 5 years   |
|                |            | Fine                     | $250,000  |
|                |            | Supervised release term  | 3 years   |
|                |            | Special assessment       | $100      |

**Counts Two - Fourteen:**    18 U.S.C. §1546(a) - Visa Fraud
(Vecham and Pallapothu)

|                | Penalties: |                          |           |
|----------------|------------|--------------------------|-----------|
|                |            | Maximum prison sentence  | 10 years  |
|                |            | Fine                     | $250,000  |
|                |            | Supervised release term  | 3 years   |
|                |            | Special assessment       | $100      |

**Counts Fifteen – Twenty-seven:**    18 U.S.C. § 1341 - Mail Fraud
(Vecham and Pallapothu)

|                | Penalties: |                          |                                                      |
|----------------|------------|--------------------------|------------------------------------------------------|
|                |            | Maximum prison sentence  | 20 years                                             |
|                |            | Fine                     | $250,000 or twice the amount of gain or loss         |
|                |            | Supervised release term  | 3 years                                              |
|                |            | Special assessment       | $100                                                 |

**Count Twenty-eight:**    18 U.S.C. § 1505 - Obstruction of Justice,
(Pallapothu)

|                | Penalties: |                          |           |
|----------------|------------|--------------------------|-----------|
|                |            | Maximum prison sentence  | 5 years   |
|                |            | Fine                     | $250,000  |
|                |            | Supervised release term  | 3 years   |
|                |            | Special assessment       | $100      |

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
                                                         (Pallapothu)

| | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
                                           (Tota)

| | Penalties: | Maximum prison sentence | 5 years |
|---|---|---|---|
| | | Fine | $250,000 |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
                                     (Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
                                        (Vecham, Pallapothu, and Sage 20 Hayward LLC)

| | Penalties: | Maximum prison sentence | 30 years |
|---|---|---|---|
| | | Fine | $1,000,000 or twice the amount of gain or loss |
| | | Supervised release term | 5 years |
| | | Special assessment | $100 |

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
                                      (Vecham, Pallapothu, Horizon, Softnet and Rose 23 Hayward LLC)

| | Penalties: | Maximum prison sentence | 20 years |
|---|---|---|---|
| | | Fine | $250,000 or twice the amount of gain or loss |
| | | Supervised release term | 3 years |
| | | Special assessment | $100 |

**Counts Thirty-five and Thirty-six**: 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and
Rose 23 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine**: 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |

3

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See Attachment

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

─── **DEFENDANT - U.S** ───

▶ LILY 20 HAYWARD LLC

DISTRICT COURT NUMBER

CR 15 **FILED** 00427 BLF PSG

SEP 02 2015

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No  If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Chris Collins - DOL/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE }  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form  Brian J. Stretch

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Timothy J. Lucey

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET

## U.S.
### v.
## RAGINI VECHAM, et al.

**Count One :** 18 U.S.C.§ 371 – Conspiracy to Commit Visa Fraud, Mail Fraud, Obstruction of Justice, Witness Tampering, and to Defraud the United States (Vecham, Pallapothu, Tota, Horizon, Softnet, Reddy, Rose, Sage, Jasmine, Tulip and Lily)

   Penalties:  Maximum prison sentence  5 years
          Fine  $250,000
          Supervised release term  3 years
          Special assessment  $100

**Counts Two - Fourteen:**  18 U.S.C. §1546(a) - Visa Fraud
             (Vecham and Pallapothu)

   Penalties:  Maximum prison sentence  10 years
          Fine  $250,000
          Supervised release term  3 years
          Special assessment  $100

**Counts Fifteen – Twenty-seven:**  18 U.S.C. § 1341 - Mail Fraud
                (Vecham and Pallapothu)

   Penalties:  Maximum prison sentence  20 years
          Fine  $250,000 or twice the amount of gain or loss
          Supervised release term  3 years
          Special assessment  $100

**Count Twenty-eight:**  18 U.S.C. § 1505 - Obstruction of Justice,
              (Pallapothu)

   Penalties:  Maximum prison sentence  5 years
          Fine  $250,000
          Supervised release term  3 years
          Special assessment  $100

**Counts Twenty-nine and Thirty:**   18 U.S.C. § 1512(b)(3) - Witness Tampering
(Pallapothu)

Penalties:     Maximum prison sentence    20 years
                  Fine                               $250,000
                  Supervised release term    3 years
                  Special assessment        $100

**Count Thirty-one:**   18 U.S.C. § 1505 – Obstruction of Justice
(Tota)

Penalties:     Maximum prison sentence    5 years
                  Fine                               $250,000
                  Supervised release term    3 years
                  Special assessment        $100

**Count Thirty-two:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Rose 23 Hayward LLC)

**Count Thirty-three:**   18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Sage 20 Hayward LLC)

Penalties:     Maximum prison sentence    30 years
                  Fine                               $1,000,000 or twice the amount of
                                                       gain or loss
                  Supervised release term    5 years
                  Special assessment        $100

**Count Thirty-four:**   18 U.S.C. § 1343 - Wire Fraud
(Vecham, Pallapothu, Horizon, Softnet and Rose 23
Hayward LLC)

Penalties:     Maximum prison sentence    20 years
                  Fine     $250,000 or twice the amount of gain or loss
                  Supervised release term    3 years
                  Special assessment        $100

**Counts Thirty-five and Thirty-six:** 18 U.S.C. § 1957 - Money Laundering ("Proceeds")
(Vecham, Pallapothu, Horizon, and Rose 23 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 10 years |
| | Fine | $500,000, or twice the value of the monetary instruments or funds involved, whichever is greater |
| | Supervised release term | 3 years |
| | Special assessment | $100 |

**Count Thirty-seven:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Jasmine 20 Hayward LLC)

**Count Thirty-eight:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Tulip 26 Hayward LLC)

**Count Thirty-nine:** 18 U.S.C. § 1014 - Loan Fraud
(Vecham, Pallapothu, and Lily 20 Hayward LLC)

| | | |
|---|---|---|
| Penalties: | Maximum prison sentence | 30 years |
| | Fine | $1,000,000 or twice the amount of gain or loss |
| | Supervised release term | 5 years |
| | Special assessment | $100 |