# United States District Court
## Northern District of California

# CRIMINAL COVER SHEET


SEALED BY ORDER OF THE COURT


FILED E-filing
SEP 02 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BLF

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. RAGINI VECHAM et al.

**Case Number:** CR 15 - 00427 PSG

**Total Number of Defendants:**
- 1 ☐
- 2-7 ☐
- 8 or more ☑

**Is This Case Under Seal?**
- Yes ☐
- No ☑

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes ☐
- No ☑

**Venue (Per Crim. L.R. 18-1):**
- SF ☐
- OAK ☐
- SJ ☑
- EUR ☐
- MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes ☐
- No ☑

**Assigned AUSA (Lead Attorney):** Timothy J. Lucey

**Is this a RICO Act gang case?**
- Yes ☐
- No ☑

**Date Submitted:** September 2, 2015

**Comments:**

July 2013