1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        Timothy.lucey@usdoj.gov
8
   Attorneys for United States of America
9

SEALED BY ORDER OF THE COURT

E-filing

FILED
SEP 02 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15 00427 BLF PSG |
| Plaintiff, | UNITED STATES' APPLICATION TO SEAL INDICTMENT AND ARREST WARRANTS; [PROPOSED] ORDER |
| v. | |
| RAGINI VECHAM, *et al.*, | SAN JOSE VENUE |
| Defendants. | |

Now comes the United States of America, by and through its counsel, the United States Attorney for the Northern District of California, and moves this Court for an Order sealing the Indictment and Arrest Warrants and related documents in this matter until the arrest of the defendants, or otherwise ordered by the Court. The United States makes this request on the basis that the investigation of the defendant and others is ongoing and continuing, such that public disclosure of this Indictment and Arrest Warrants and related documents would be likely to adversely affect such ongoing investigation.

////

[PROPOSED] SEALING ORDER
CR

The United States requests that the Court order the Clerk of the Court to furnish copies of the Indictment, Arrest Warrants, and related documents to the United States Attorney's Office and to special agents of the Department of Homeland Security/Homeland Security Investigations, the Department of Labor/Office of Inspector General, and the Department of State/Diplomatic Security Service.

DATED: September 2, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____
TIMOTHY J. LUCEY
Assistant United States Attorney

Good causing appearing therefor, it is hereby ordered that the Indictment, the Arrest Warrants, the United States Application to Seal, this Order and all related papers be filed and maintained under seal until the arrest of the defendant, or further order of this Court.

The Clerk of the Court is ordered to furnish copies of the Indictment, Arrest Warrants, the United States Application to Seal, this Order and all related documents in this matter to the United States Attorney's Office and to special agents of the Department of Homeland Security/Homeland Security Investigations, the Department of Labor/Office of Inspector General, and the Department of State/Diplomatic Security Service.

**IT IS SO ORDERED.**

DATED: 9/2/15

HON. HOWARD R. LLOYD
United States Magistrate Judge

[PROPOSED] SEALING ORDER
CR