1 | Miles Ehrlich (CA Bar No. 237954)
2 | Ismail Ramsey (CA Bar No. 189820)
2 | Katharine Kates (CA Bar No. 155534)
  | RAMSEY & EHRLICH LLP
3 | 803 Hearst Avenue
  | Berkeley, CA 94710
4 | (510) 548-3600 (Tel)
  | (510) 291-3060 (Fax)
5 | izzy@ramsey-ehrlich.com
  | katharine@ramsey-ehrlich.com
6
7
8 | Attorneys for Defendant Ramana Reddy
9
10
11 | UNITED STATES DISTRICT COURT
12 | NORTHERN DISTRICT OF CALIFORNIA
13 | SAN JOSE DIVISION
14
15 |                                              ) Case No.: CR15-00427-BLF
   |                                              )
16 | UNITED STATES,                               )
   |                                              )
17 |             Plaintiff,                       )
   |                                              ) **NOTICE OF GENERAL APPEARANCE**
18 |      v.                                      )
   |                                              )
19 | RAMANA REDDY,                                )
   |                                              )
20 |                                              )
   |             Defendant.                       )
21 |                                              )
22 |                                              )

NOTICE OF APPEARANCE
UNITED STATES V. RAMANA REDDY, NO. CR 15-00427-BLF

- 1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Ismail Ramsey, along with Katharine Kates, of Ramsey
3  & Ehrlich LLP is hereby appearing generally in the above-captioned matter as counsel for
4  defendant Ramana Reddy.

DATED: September 30, 2015           Respectfully Submitted,

/s/

Ismail Ramsey (CA Bar No. 189820)
Katharine Kates (CA Bar No. 155534)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for defendant Ramana Reddy.*