BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

> 150 Almaden Boulevard, Suite 900
> San Jose, California 95113
> Telephone: (408) 535-5054
> FAX: (408) 408-5066
> Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 15 – 0427 BLF |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER; |
| v. | ) ) | |
| RAGINI VECHAM, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) | |

WHEREAS, defendant SATYANARAYANA TOTA ("TOTA") is scheduled for a status

hearing before this Court on Tuesday, October 13, 2015, in connection with the above-encaptioned

matter now pending in this District;

WHEREAS, defendants RAGINI VECHAM a/k/a/ Ragini Vechman ("VECHAM"), KISHORE

PALLAPOTHU a/k/a Krishna Kishore ("PALLAPOTHU"), and RAMANA REDDY ('REDDY") are

separately scheduled for a status hearing before this Court on Tuesday, October 20, 2015, in connection

with the above-encaptioned matter;

WHEREAS, lead counsel for the United States has now unexpectedly been scheduled for official

1   travel out of this District on October 20-22, 2015, such that he will be unable to appear before this Court

2   as anticipated on October 20, 2015;

3        WHEREAS, the United States has already produced approximately 18 DVD's containing

4   discovery to certain defense counsel and is currently in process of loading hard drives with further

5   discovery requested by the defendants;

6        WHEREAS, defense counsel is reviewing and will be continuing to review and evaluate

7   discovery already provided by the Government in this matter relative to preparing for the status hearing

8   and setting further dates before the Court;

9        WHEREAS, in light of the foregoing, particularly the need to have all arraigned parties appear

10  on the same day of this Court's criminal calendar and the need for the lead counsel for the United States

11  to be present before this Court at the first appearance before the District Court on this matter, counsel for

12  the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure

13  effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that

14  based on their respective calendars and the period needed for the aforementioned discovery matters, an

15  appropriate date for a status hearing is **Tuesday, November 3, 2015, at 9:00 a.m.**;

16       THEREFORE, the parties mutually and jointly stipulate that the matter be continued for

17  defendant TOTA from October 13, 2015, until November 3, 2015, and further jointly stipulate and agree

18  that time should be excluded from October 13, 2015, up to and including November 3, 2015.

19       FURTHEMORE, the parties also mutually and jointly stipulate that the matter be continued for

20  defendants VECHAM, PALLAPOTHU, and REDDY from October 20, 2015, until November 3, 2015,

21  and further jointly stipulate and agree that time should be excluded from October 20, 2015, up to and

22  including November 3, 2015.

23       All the parties agree that excluding time until November 3, 2015, is necessary, given the need to

24  maintain continuity of counsel.   The parties also agree that failing to grant a continuance would deny

25  counsel for the defense the reasonable time necessary for effective preparation and continuity of

26  counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).   Finally, the

27  parties agree that the ends of justice served by excluding time from October 13, 2015, up to and

28  including until November 3, 2015, outweigh the best interest of the public and the defendant in a speedy

1  trial.  *Id.* § 3161(h)(7).

2

3       **IT IS SO STIPULATED**.

4

5  DATED: October 8, 2015                        /s/_____
                                                 ETHAN A. BALOGH
6                                                Attorney for SATYANARAYANA TOTA

7

8  DATED: October 8, 2015                        /s/_____
                                                 EDWIN PRATHER
9                                                Attorney for RAGINI VECHAM
                                                    a/k/a/ Ragini Vechman
10                                               and
                                                 Attorney for KISHORE PALLAPOTHU
11                                                  a/k/a Krishna Kishore

12

13  DATED: October 8, 2015                       /s/_____
                                                 ISMAIL RAMSEY
14                                               Attorney for RAMANA REDDY

15

16  DATED: October 8, 2015                       BRIAN J. STRETCH
                                                 Acting United States Attorney
17

18                                               /s/_____
                                                 TIMOTHY J. LUCEY
19                                               Assistant United States Attorney

20

21
       **IT IS SO ORDERED.**
22
    **DATED:**_____
23                                               _____
                                                 **HONORABLE BETH L. FREEMAN**
24                                               **United States District Court**

25

26

27

28