```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611015852
Cashier ID: morriss
Transaction Date: 10/16/2015
Payer Name: Ragini Vecham
------------------------------------
COMMERCIAL REGISTRY OTHER
 For: Ragini Vecham
 Case/Party: D-CAN-5-15-CR-000427-001
 Amount:        $0.00
------------------------------------
NON-CASH COLLATERAL
 Amt Tendered:  $0.00
------------------------------------
Total Due:     $0.00
Total Tendered: $0.00
Change Amt:    $0.00

Short Form Deed of Trust 23117920,
Signed Obligation, Appraisal, and
Full Reconeyance Form with US Atty
approval


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```