Ismail Ramsey (CSB 189820)
izzy@ramsey-ehrlich.com
Amy E. Craig (CSB 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax

Attorneys for Defendant *Ramana Reddy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES<br><br>         PLAINTIFF;<br><br>     vs.<br><br>RAGINI VECHAM ET AL,<br><br>         DEFENDANT. | CASE NO.: 15-427 BLF<br><br>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL, AMY CRAIG, FOR DEFENDANT RAMANA REDDY |

**NOTICE OF APPEARANCE**

   Please take notice that as of October 19, 2015, the attorney whose name, address and telephone number is listed below is appearing as counsel for the defendant in addition to the current attorney of record, Ismail J. Ramsey.

            AMY E. CRAIG
            Ramsey & Ehrlich LLP
            803 Hearst Avenue
            Berkeley, CA 94710
            (510) 548-3600
            amy@ramsey-ehrlich.com

- 1 -

1 | Dated:  October 19, 2015

Respectfully Submitted,

/s/
_____
Amy Craig
Ismail Ramsey
Ramsey & Ehrlich LLP
*Counsel to Ramana Reddy*

- 2 -

NOTICE OF APPEARANCE
15-CR-00427 BLF