# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Magistrate Judge Paul S. Grewal
### Courtroom 5 - 4th Floor

## Criminal Minute Order

Date: October 26, 2015                                    Time in Court: 8 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: 3:54 to 4:02

**TITLE: U.S.A. v. Horizon Technologies, Inc., Softnet Technology Solutions, Inc., Rose 23 Hayward, LLC, Sage 20 Hayward, LLC, Jasmine 20 Hayward, LLC, Tulip 26 Hayward, LLC and Lily 20 Hayward, LLC**
**CASE NUMBER**: **CR15-00427 BLF**
Government Attorney(s) present: Timothy Lucey
Defendant Attorney(s) present: A. Marisa Chun
Pretrial Services Officer(s) present: Kim Do

### PROCEEDINGS
### Status Conference

Attorney A. Marisa Chun makes general appearance for corporate defendants.
Corporate officer not present.
Matter continued to allow parties to discuss need for corporate officer to be present for arraignment.  Initial Appearance and Arraignment on Indictment continued to 10/30/2015 at 1:30 p.m. before Judge Paul S. Grewal.

///