Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for defendant KISHORE PALLAPOTHU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>RAGINI VECHAM et al.,<br><br>                Defendants. | Case No. CR. 15-00427 BLF<br><br><br>**NOTICE OF APPEARANCE** |

**TO:    THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE
        CLERK OF THE COURT**

    PLEASE TAKE NOTICE that Mary McNamara hereby appears as counsel on behalf of

defendant Kishore Pallapothu in the above-captioned matter and requests e-filing notice of all

future court filings and items of correspondence.

DATED: October 30, 2015                    Respectfully submitted,


                        _____/s/_____
                        Mary McNamara
                        SWANSON & McNAMARA LLP
                        Attorney for KISHORE PALLAPOTHU