1  Mary McNamara, SBN 147131
2  mmcnamara@swansonmcnamara.com
   Britt Evangelist, SBN 260457
3  bevangelist@swansonmcnamara.com
   SWANSON & McNAMARA LLP
4  300 Montgomery Street, Suite 1100
5  San Francisco, California 94104
   Telephone: (415) 477-3800
6  Facsimile: (415) 477-9010

7  Attorney for defendant KISHORE PALLAPOTHU

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN JOSE DIVISION**

13
   UNITED STATES OF AMERICA,              Case No. CR. 15-00427 BLF
14
                   Plaintiff,
15        v.
16                                         **STIPULATION AND [PROPOSED]
   RAGINI VECHAM et al.,                   ORDER TO CONTINUE STATUS
17                                          CONFERENCE FROM NOVEMBER 3,
                   Defendants.             2015 TO DECEMBER 8, 2015**
18

19

20

21                   **STIPULATIONAND [PROPOSED] ORDER**

22        The United States of America, by and through Assistant United States Timothy Lucey,

23  Ragini Vecham, by and through her counsel Nanci Clarence, Kishore Pallapothu, by and through

24  his counsel of record Mary McNamara, Satyanarayana Tota, by and through his counsel of

25  record Ethan Balogh, and Ramana Reddy, by and through his counsel of record Ismail Ramsay,
26
27  together respectfully request that the Court continue the status conference currently set for

28  November 3, 2015 to December 8, 2015 at 9:00 a.m., for the following reasons:

1.     The United States recently produced to defense counsel an external hard drive containing a large amount of documents and data representing the discovery in this case;

2.     Defense counsel is reviewing and will be continuing to review and evaluate discovery already provided by the Government in this matter relative to preparing for the status hearing and setting further dates before the Court.  Defense counsel, therefore, desire additional time to review the discovery and current charges, consult with their clients, conduct research and investigation, and otherwise prepare and evaluate the case.

3.     In light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate and that based on their respective calendars and the period needed to evaluate the aforementioned discovery matters, an appropriate date for a status hearing is December 8, 2015.

4.     The parties, therefore, jointly request that the Court issue an order continuing the status conference from November 3, 2015 to December 8, 2015.

5.     The parties further agree that excluding time until December 8, 2015 is appropriate in order to provide reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7).  Finally, the parties agree that the ends of justice served by excluding time from November 3, 2015, up to and including until December 8, 2015, outweigh the best interest of the public and the defendant in a speedy.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 30, 2015          */s/*_____
                                 TIMOTHY J. LUCEY
                                 Assistant United States Attorney

2

Dated: October 30, 2015                      /s/_____
                                             EDWIN PRATHER/MARY McNAMARA
                                             Attorney for Kishore Pallapothu


Dated: October 30, 2015                      /s/_____
                                             NANCI CLARENCE
                                             Attorney for Ragini Vecham


Dated: October 30, 2015                      /s/_____
                                             ISMAIL RAMSEY
                                             Attorney for Ramana Reddy


Dated: October 30, 2015                      /s/_____
                                             ETHAN A. BALOGH
                                             Attorney for Satyanarayana Tota


**IT IS SO ORDERED.**


DATED: _____          _____
                                             HON. BETH L. FREEMAN
                                             United States District Court

3

**Stipulation and [Proposed] Order**
*US v. Vecham*, et al., CR 15-0427 BLF