Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for defendant KISHORE PALLAPOTHU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RAGINI VECHAM et al.,<br><br>Defendants. | Case No. CR. 15-00427 BLF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE FROM NOVEMBER 3,<br>2015 TO DECEMBER 8, 2015** |

**STIPULATION AND [PROPOSED] ORDER**

The United States of America, by and through Assistant United States Timothy Lucey, Ragini Vecham, by and through her counsel Nanci Clarence, Kishore Pallapothu, by and through his counsel of record Mary McNamara, Satyanarayana Tota, by and through his counsel of record Ethan Balogh, and Ramana Reddy, by and through his counsel of record Ismail Ramsay, together respectfully request that the Court continue the status conference currently set for November 3, 2015 to December 8, 2015 at 9:00 a.m., for the following reasons:

1. The United States recently produced to defense counsel an external hard drive containing a large amount of documents and data representing the discovery in this case;

2. Defense counsel is reviewing and will be continuing to review and evaluate discovery already provided by the Government in this matter relative to preparing for the status hearing and setting further dates before the Court.  Defense counsel, therefore, desire additional time to review the discovery and current charges, consult with their clients, conduct research and investigation, and otherwise prepare and evaluate the case.

3. In light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate and that based on their respective calendars and the period needed to evaluate the aforementioned discovery matters, an appropriate date for a status hearing is December 8, 2015.

4. The parties, therefore, jointly request that the Court issue an order continuing the status conference from November 3, 2015 to December 8, 2015.

5. The parties further agree that excluding time until December 8, 2015 is appropriate in order to provide reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7).  Finally, the parties agree that the ends of justice served by excluding time from November 3, 2015, up to and including until December 8, 2015, outweigh the best interest of the public and the defendant in a speedy.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 30, 2015         */s/* _____
                                TIMOTHY J. LUCEY
                                Assistant United States Attorney

Dated: October 30, 2015          /s/ _____
                                 EDWIN PRATHER/MARY McNAMARA
                                 Attorney for Kishore Pallapothu

Dated: October 30, 2015          /s/ _____
                                 NANCI CLARENCE
                                 Attorney for Ragini Vecham

Dated: October 30, 2015          /s/ _____
                                 ISMAIL RAMSEY
                                 Attorney for Ramana Reddy

Dated: October 30, 2015          /s/ _____
                                 ETHAN A. BALOGH
                                 Attorney for Satyanarayana Tota

**IT IS SO ORDERED.**

DATED: _____          _____
                                HON. BETH L. FREEMAN
                                United States District Court