Nanci L. Clarence (SBN 122286)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, California 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com

Attorneys for Defendant
RAGINI VECHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-15-0427 BLF |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| RAGINI VECHAM, | |
| Defendant. | |

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that Nanci Clarence of Clarence Dyer & Cohen LLP enters a general appearance for defendant Ragini Vecham in the above-captioned matter and hereby appears on her behalf.

Dated:  November 2, 2015               Respectfully submitted,

                                           CLARENCE DYER & COHEN LLP

                                           By    /s/ Nanci L. Clarence
                                                 Nanci L. Clarence
                                                 Attorney for Defendant Ragini Vecham