Nanci L. Clarence (SBN 122286)
Joshua A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, California 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com

Attorneys for Defendant
RAGINI VECHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-15-0427 BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING TRAVEL TO RENO, NEVADA** |
| v. | |
| RAGINI VECHAM, | |
| Defendant. | |

Defendant Ragini Vecham, by and through undersigned Counsel, hereby submits this request for an order permitting Ms. Vecham to travel to Reno, Nevada on November 23, 2015, returning November 29, 2015.  Ms. Vecham is currently being supervised by the United States Pretrial Services Agency by Kim Do of the Northern District of California, as Ms Vecham resides in Cupertino.

Ms. Vecham would like to visit her family for the Thanksgiving holiday. Ms. Vecham respectfully requests the court permit the Pretrial Services Agency to approve Ms. Vecham's travel.

Undersigned counsel has discussed this trip with the Pretrial Services Officer Kim Do, and Assistant United States Attorney Tim Lucey.  All have stated that they do not oppose this trip.  Officer Do, as the Pretrial Services Officer for this district, and AUSA Lucey have agreed by stipulation.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: November \_\_\_\_, 2015

                                        Honorable Beth Freeman
                                        United States District Judge

Approved as to form:

By:   /s/:  Nanci L. Clarence
         Nanci L. Clarence
         CLARENCE DYER & COHEN LLP
         Counsel for Defendant Ragini Vecham


By:   /s/:  Tim Lucey
         Tim Lucey
         Assistant United States Attorney