1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  EVAN C. GREENBERG, No. 271356
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Phone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
   Attorneys for Defendant
6  SATYANARAYANA TOTA

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,   | Case No. 15 Cr. 427 BLF (HRL)
13 |         Plaintiff,          |
                                   STIPULATION TO MODIFY
14 |     v.                      | CONDITIONS OF PRETRIAL RELEASE;
                                   [PROPOSED] ORDER
15 |
16 | SATYANARAYANA TOTA,         |
17 |                             | Before the Honorable Howard R. Lloyd
18 |         Defendant.          | United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28

Stip. to Modify Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)

**STIPULATION**

The parties stipulate and agree, subject to the approval of the Court, that the conditions of defendant Satyanarayana Tota's pretrial release will be modified under 18 U.S.C. § 3142 to allow Mr. Tota to travel to, and remain in, the Eastern District of California from January 8 through January 10, 2016, to attend his son's Science Olympiad.  This modification is effective only from January 8 to 10, 2016.  The parties report that United States Pretrial Services Officer Kim Do has no opposition to the proposed modification.

IT IS SO STIPULATED.

DATED: January 4, 2016          /s/ E A Balogh
                                ETHAN A. BALOGH
                                Attorney for Defendant Satyanarayana Tota


DATED: January 4, 2016          /s/ Timothy Lucey
                                TIMOTHY LUCEY
                                Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**PROOF OF SERVICE**

I, Ethan A. Balogh, certify that on January 4, 2016, I served all parties in this matter by causing the preceding pleading to be filed electronically through the Court's ECF System, as set forth by Local Rule 5-1.

Dated: January 4, 2016                    */s/ E A Balogh*
                                          ETHAN A. BALOGH

Stip. to Modify Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)