COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
EVAN C. GREENBERG, No. 271356
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
SATYANARAYANA TOTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SATYANARAYANA TOTA,<br><br>Defendant. | Case No. 15 Cr. 427 BLF (HRL)<br><br>[PROPOSED] ORDER GRANTING MODIFICATION TO CONDITIONS OF PRETRIAL RELEASE<br><br><br>Before the Honorable Howard R. Lloyd<br>United States Magistrate Judge |

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the conditions of defendant Satyanarayana Tota's pretrial release are modified under 18 U.S.C. § 3142 to allow Mr. Tota to travel to, and remain in, the Eastern District of California from January 8 through January 10, 2016, to attend his son's Science Olympiad.  This modification is effective only from January 8 to 10, 2016.

IT IS SO ORDERED.

DATED:

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order re Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)                                        1

**PROOF OF SERVICE**

  I, Ethan A. Balogh, certify that on January 4, 2016, I served all parties in this matter by causing the preceding pleading to be filed electronically through the Court's ECF System, as set forth by Local Rule 5-1.

Dated: January 4, 2016          */s/ E A Balogh*
                ETHAN A. BALOGH