UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES**

**Date:** January 26, 2016    **Time:** 4 minutes    **Judge:** BETH LABSON FREEMAN
**Case No.**: 5:15-cr-00427-BLF-1    **Case Name:** UNITED STATES v. Ragini Vecham, Kishore Pallapthu, Satyanarayana Tota, Ramana Reddy

**Attorney for Plaintiff:** Timothy Lucey
**Attorney for Defendant:** Ediwn Prather, Nanci Clarence (Vecham), Edwin Prather, Mary McNamara (Pallapothu), Ethan Balogh (Tota), Ismail Ramsey (Reddy)

**Deputy Clerk:** Elizabeth Garcia    **Court Reporter:** Summer Fisher (4 minutes, 9:03 - 9:07 AM)
**Interpreter:** N/A
**Probation Officer:** N/A

**PROCEEDINGS**

**Status Conference held.**
**Defendants present and not in custody for proceedings.**
**CASE CONTINUED TO: March 22, 2016 at 9:00 AM for a Further Status hearing as to each defendant in each case.**
**Government to prepare exclusion order.**

**EXCLUDABLE DELAY:**
Begins: 1/26/2016
Ends: 3/22/2016