1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5054
7  FAX: (408) 408-5066
   Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 15 – 0427 BLF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER; |
| v. | ) | |
| RAGINI VECHAM, *et al.*, | ) | |
| Defendants. | ) | |

   WHEREAS, the United States and defendants RAGINI VECHAM a/k/a/ Ragini Vechman ("VECHAM"), KISHORE PALLAPOTHU a/k/a Krishna Kishore ("PALLAPOTHU"), SATYANARAYANA TOTA ("TOTA"), and RAMANA REDDY ('REDDY") are scheduled to appear before the Court for a status hearing on Tuesday, March 21, 2016, in connection with the above-encaptioned matter;

   WHEREAS, lead counsel for the United States is scheduled for official travel out of this District from March 20-23, 2016, in connection with multi-counsel meetings in Washington, D.C., relating to other pending matters, such that he will be unable to appear before this Court as anticipated on March 21, 2016;

STIPULATION AND [PROPOSED] ORDER
CR 15 – 0427 BLF                          1

1  WHEREAS, defense counsel is continuing to review and evaluate discovery already provided by the United States in this matter relative to preparing for a further status hearing and setting further dates before the Court as well as engaging in discussions with the United States relative to the possibility of a resolution short of trial;

WHEREAS, in light of the foregoing, particularly the need for the lead counsel for the United States to be present before this Court, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing when counsel for all parties are next available is **Tuesday, April 26, 2016, at 9:00 a.m.,** a date and time which is also available on this Court's calendar;

THEREFORE, the parties also mutually and jointly stipulate that the matter be continued for defendants VECHAM, PALLAPOTHU, TOTA, and REDDY from March 21, 2016, until April 26, 2016, and further jointly stipulate and agree that time should be excluded from March 21, 2016, up to and including April 26, 2016.

All the parties agree that excluding time until April 26, 2016, is necessary, given the need to maintain continuity of counsel. The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Finally, the parties agree that the ends of justice served by excluding time from March 21, 2016, up to and including until April 26, 2016, outweigh the best interest of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7).

**IT IS SO STIPULATED**.

DATED: March 16, 2016            /s/_____
                                 ETHAN BALOGH
                                 Attorney for SATYANARAYANA TOTA

STIPULATION AND [PROPOSED] ORDER
CR 15 – 0427 BLF                      2

|     |     |     |
| --- | --- | --- |
| 1   | DATED: March 16, 2016 | /s/_____ |
| 2   |     | EDWIN PRATHER |
|     |     | Attorney for RAGINI VECHAM |
|     |     |    a/k/a/ Ragini Vechman |
| 3   |     | and |
|     |     | Attorney for KISHORE PALLAPOTHU |
| 4   |     |    a/k/a Krishna Kishore |

1  DATED: March 16, 2016                /s/_____
                                        EDWIN PRATHER
                                        Attorney for RAGINI VECHAM
                                            a/k/a/ Ragini Vechman
                                        and
                                        Attorney for KISHORE PALLAPOTHU
                                            a/k/a Krishna Kishore

6  DATED: March 16, 2016                /s/_____
                                        ISMAIL RAMSEY
                                        Attorney for RAMANA REDDY

9  DATED: March 16, 2016                BRIAN J. STRETCH
                                        Acting United States Attorney

                                        /s/_____
                                        TIMOTHY J. LUCEY
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED:** _____          [signature: Beth Labson Freeman]

                                    **HONORABLE BETH L. FREEMAN**
                                    **United States District Court**

STIPULATION AND [PROPOSED] ORDER
CR 15 – 0427 BLF                        3