UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 26, 2016      **Time in Court:** 4 Minutes     **Judge:** BETH LABSON FREEMAN

**Case No.:** 5:15-cr-00427-BLF-3     **Case Name:** UNITED STATES v. Satyanarayana Tota

**Attorney for Plaintiff:** Timothy Lucey
**Attorney for Defendant:** Ethan Balogh

**Deputy Clerk:** Tiffany Salinas-Harwell      **Court Reporter:** Summer Fisher
                                                9:27 – 9:31
**Interpreter:** n/a                            **Probation Officer:** n/a

### PROCEEDINGS

Defendant present out of custody.
Counsel for Plaintiff and Defendant present.

Status Conference held.

**CASE CONTINUED TO:** May 24, 2016 at 9:00 a.m. for Further Status.

---

**EXCLUDABLE DELAY:** Effective Preparation of Counsel.
Begins: 04/26/2016
Ends: 05/24/2016

---

April 26, 2016

*Tiffany Salinas-Harwell*

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman