1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  EVAN C. GREENBERG, No. 271356
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Phone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
   Attorneys for Defendant
6  SATYANARAYANA TOTA

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  | UNITED STATES OF AMERICA, | Case No. 15 Cr. 427 BLF (HRL) |
    |---|---|
13  | Plaintiff, | |
    | | STIPULATION TO MODIFY |
14  | v. | CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
15  | | |
    | SATYANARAYANA TOTA, | |
16  | | |
17  | | Before the Honorable Howard R. Lloyd |
    | Defendant. | United States Magistrate Judge |
18

19

20

21

22

23

24

25

26

27

28

Stip. to Modify Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)

1

**STIPULATION**

2       The parties stipulate and agree, subject to the approval of the Court, that the conditions of

3   defendant Satyanarayana Tota's pretrial release will be modified under 18 U.S.C. § 3142 to

4   permit travel in the United States conditioned on pre-approval by United States Pretrial Services,

5   *i.e.*, Mr. Tota may travel outside the Northern District of California *as* pre-approved by his

6   Pretrial Services Officer.  This stipulation further contemplates that, as a condition of travel,

7   United States Pretrial Services shall require Mr. Tota to provide all necessary itinerary

8   information prior to travel, and further contemplates that defense counsel shall inform Assistant

9   United States Attorney Tim Lucey of any and all out-of-district travel approved by Pretrial

10  Services no fewer than three business days before such travel is set to commence.  The parties

11  report that United States Pretrial Services Officer Kim Do consents to the proposed modification.

12

13      IT IS SO STIPULATED.

14  DATED: May 3, 2016                    */s/ E A Balogh*
                                         ETHAN A. BALOGH
15                                       Attorney for Defendant Satyanarayana Tota

16

17  DATED: May 3, 2016                    */s/ Timothy Lucey*
                                         TIMOTHY LUCEY
                                         Assistant United States Attorney

18  *The filing attorney certifies that he has received written authorization to file this Stipulation and

19  [Proposed] Order on behalf of the non-filing attorney.

20

21

22

23

24

25

26

27

28

Stip. to Modify Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)                    1

1

**PROOF OF SERVICE**

2      I, Ethan A. Balogh, certify that on May 3, 2016, I served all parties in this matter by

3 causing the preceding pleading to be filed electronically through the Court's ECF System, as set

4 forth by Local Rule 5-1.

5

6
Dated: May 3, 2016                        */s/ E A Balogh*
7                                          ETHAN A. BALOGH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Modify Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)