1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  EVAN C. GREENBERG, No. 271356
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Phone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
   Attorneys for Defendant
6  SATYANARAYANA TOTA

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SATYANARAYANA TOTA,<br><br>Defendant. | Case No. 15 Cr. 427 BLF (HRL)<br><br>[~~PROPOSED~~] ORDER GRANTING MODIFICATION TO CONDITIONS OF PRETRIAL RELEASE<br><br><br>Before the Honorable Howard R. Lloyd<br>United States Magistrate Judge |

[Proposed] Order re Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the conditions of defendant Satyanarayana Tota's pretrial release are modified under 18 U.S.C. § 3142 to allow Mr. Tota to travel outside the Northern District of California *as* pre-approved by his Pretrial Services Officer. Mr. Tota, by and through his counsel, shall inform Assistant United States Attorney Tim Lucey of any and all out-of-district travel approved by Pretrial Services at least three business days prior to the commencement of any such approved travel.

IT IS SO ORDERED.

DATED: 5/3/16

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order re Conditions of Pretrial Release
Case No. 15 Cr. 427 BLF (HRL)                1