1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   TIMOTHY J. LUCEY (CABN 172332)
    Assistant United States Attorney

5

6   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
7   Telephone: (408) 535-5054
    FAX: (408) 408-5066
    Timothy.Lucey@usdoj.gov

8

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   CASE NO.   CR 15 – 0427 BLF
                                        )
15          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER;
                                        )
16  v.                                  )
                                        )
17  RAGINI VECHAM, *et al.*,            )
                                        )
18          Defendants.                 )
                                        )
19  _____)

20          WHEREAS, the United States and defendants RAGINI VECHAM a/k/a/ Ragini Vechman

21  ("VECHAM"), KISHORE PALLAPOTHU a/k/a Krishna Kishore ("PALLAPOTHU"),

22  SATYANARAYANA TOTA ("TOTA"), and RAMANA REDDY ('REDDY") are scheduled to appear

23  before the Court for a status hearing on Tuesday, May 24, 2016, in connection with the above-

24  encaptioned matter;

25          WHEREAS, lead counsel for the United States is now scheduled to appear for a sentencing

26  hearing in another case in the San Francisco Division of the Northern District of California that had

27  originally been scheduled for Wednesday, May 18, 2016, at the time of the parties' last appearance

28  before this Court in this case, but, due to a subsequent change in the custodial status of the defendant in

the San Francisco case, was continued until Tuesday, May 24, 2016;

WHEREAS, defense counsel is continuing to review and evaluate discovery already provided by the United States in this matter relative to preparing for a further status hearing and setting further dates before the Court as well as engaging in discussions with the United States relative to the possibility of a resolution short of trial;

WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing when counsel for all parties are next available is **Tuesday, July 12, 2016, at 9:00 a.m.,** a date and time which is also available on this Court's calendar;

THEREFORE, the parties also mutually and jointly stipulate that the matter be continued for defendants VECHAM, PALLAPOTHU, TOTA, and REDDY from May 24, 2016, until July 12, 2016, and further jointly stipulate and agree that time should be excluded from May 24, 2016, up to and including July 12, 2016.

All the parties agree that excluding time until July 12, 2016, is necessary, given the need to maintain continuity of counsel.   The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice served by excluding time from May 24, 2016, up to and including until July 12, 2016, outweigh the best interest of the public and the defendant in a speedy trial.  *Id.* § 3161(h)(7).

**IT IS SO STIPULATED**.

DATED: May 22, 2016

/s/ _____
ETHAN BALOGH
Attorney for SATYANARAYANA TOTA

1    DATED: May 22, 2016                        /s/
2                                               EDWIN PRATHER
                                                Attorney for KISHORE PALLAPOTHU
3                                               a/k/a Krishna Kishore

4

5    DATED: May 22, 2016                        /s/
6                                               NANCI CLARENCE
                                                Attorney for RAGINI VECHAM
7                                               a/k/a/ Ragini Vechman

8

9    DATED: May 22, 2016                        /s/
10                                              ISMAIL RAMSEY
                                                Attorney for RAMANA REDDY
11

12   DATED: May 22, 2016                        BRIAN J. STRETCH
                                                United States Attorney
13

14                                              /s/
15                                              TIMOTHY J. LUCEY
                                                Assistant United States Attorney
16

17

18

19          **IT IS SO ORDERED.**

20

21   **DATED:**  May 23, 2016                   **HONORABLE BETH L. FREEMAN**
22                                              **United States District Court**
23

24

25

26

27

28