Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorney for Defendant
RAGINI VECHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-15-0427 BLF (HRL) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT RAGINI VECHAM'S CONDITIONS OF RELEASE TO PERMIT TRAVEL OUT OF DISTRICT FROM JUNE 5 THROUGH JUNE 22, 2016, AND JUNE 28 THROUGH JULY 15, 2016** |
| v. | |
| RAGINI VECHAM, | |
| Defendant. | |

**STIPULATION**

Defendant Ragini Vecham has been on pretrial release since her initial appearance before the magistrate court in September 2015. It is a condition of her pretrial release that Ms. Vecham not travel outside the Northern District of California without the permission of the Court.

Ms. Vecham wishes to travel with her children to visit family in Reno, Nevada from June 5, 2016 through June 22, 2016. She also wishes to travel with her children and other members of her extended family (not including co-defendant Kishore Pallapothu) to New York, New Jersey, Washington, D.C., and Vermont from June 28, 2016 through July 15, 2016.

The government does not object to the modification of Ms. Vecham's release conditions to accommodate this travel. Pretrial Services likewise does not object, provided that Ms. Vecham

Case No. CR-15-0427 BLF
STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE

1 gives Pretrial Services all requested information concerning her travel and lodging plans in
2 advance of her departure.
3    Accordingly, the parties agree and stipulate that Ms. Vecham's conditions of release
4 should be modified to permit Ms. Vecham to travel to Reno, Nevada from June 5, 2016 through
5 June 22, 2016; and to New York, New Jersey, Washington, D.C., and Vermont from June 28,
6 2016 through July 15, 2016.
7    IT IS SO STIPULATED.

8
9 DATED: May 26, 2016                    ___/s/_____
                                          JOSH COHEN
10                                         Attorney for MADHU SANTHANAM

11 DATED: May 26, 2016                    ___/s/_____
                                          TIMOTHY J. LUCEY
12                                         Assistant United States Attorney

13
14
15                                      **ORDER**

16    By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant
17 Ragini Vecham's conditions of release shall be modified as follows: Ms. Vecham shall be
18 permitted to travel from the Northern District of California to Reno, Nevada from June 5, 2016 to
19 June 22, 2016.  Ms. Vecham shall also be permitted to travel from the Northern District of
20 California to New York, New Jersey, Washington, D.C., and Vermont from June 28, 2016 through
21 July 15, 2016.  Ms. Vecham shall provide Pretrial Services with travel and lodging information as
22 directed by Pretrial Services.  All other conditions of release shall remain in effect.
23    IT IS SO ORDERED.
24 DATED: _____
                                          _____
25                                         HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE
26
27
28