Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorney for Defendant
RAGINI VECHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAGINI VECHAM, <br><br> Defendant. | CASE NO. CR-15-0427 BLF (HRL) <br><br> ***AMENDED* STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT RAGINI VECHAM'S CONDITIONS OF RELEASE TO PERMIT TRAVEL OUT OF DISTRICT FROM JUNE 5 THROUGH JUNE 22, 2016, AND JUNE 28 THROUGH JULY 15, 2016** |

**STIPULATION**

Defendant Ragini Vecham has been on pretrial release since her initial appearance before the magistrate court in September 2015. It is a condition of her pretrial release that Ms. Vecham not travel outside the Northern District of California without the permission of the Court.

Ms. Vecham wishes to travel with her children to visit family in Reno, Nevada from June 5, 2016 through June 22, 2016. She also wishes to travel with her children and other members of her extended family (not including co-defendant Kishore Pallapothu) to New York, New Jersey, Washington, D.C., and Vermont from June 28, 2016 through July 15, 2016.

The government does not object to the modification of Ms. Vecham's release conditions to accommodate this travel. Pretrial Services likewise does not object, provided that Ms. Vecham

gives Pretrial Services all requested information concerning her travel and lodging plans in advance of her departure.

Accordingly, the parties agree and stipulate that Ms. Vecham's conditions of release should be modified to permit Ms. Vecham to travel to Reno, Nevada from June 5, 2016 through June 22, 2016; and to New York, New Jersey, Washington, D.C., and Vermont from June 28, 2016 through July 15, 2016.

IT IS SO STIPULATED.

DATED: May 26, 2016

/s/
JOSH COHEN
Attorney for RAGINI VECHAM

DATED: May 26, 2016

/s/
TIMOTHY J. LUCEY
Assistant United States Attorney

## ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Ragini Vecham's conditions of release shall be modified as follows: Ms. Vecham shall be permitted to travel from the Northern District of California to Reno, Nevada from June 5, 2016 to June 22, 2016. Ms. Vecham shall also be permitted to travel from the Northern District of California to New York, New Jersey, Washington, D.C., and Vermont from June 28, 2016 through July 15, 2016. Ms. Vecham shall provide Pretrial Services with travel and lodging information as directed by Pretrial Services. All other conditions of release shall remain in effect.

IT IS SO ORDERED.
DATED: 5/27/16

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE