BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
FAX: (408) 408-5066
Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.   CR 15 – 0427 BLF |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER; |
| v. | ) |
| RAGINI VECHAM, *et al.*, | ) |
| Defendants. | ) |

WHEREAS, the United States and defendants RAGINI VECHAM a/k/a/ Ragini Vechman ("VECHAM"), KISHORE PALLAPOTHU a/k/a Krishna Kishore ("PALLAPOTHU"), SATYANARAYANA TOTA ("TOTA"), and RAMANA REDDY ('REDDY") are scheduled to appear before the Court for a status hearing on Tuesday, July 12, 2016;

WHEREAS, the Court has determined the need for additional time in order to accommodate this matter on its calendar;

WHEREAS, defense counsel, in any event, are continuing to review and evaluate discovery provided by the United States in this matter relative to preparing for a further status hearing and setting further dates before the Court as well as engaging in discussions with the United States relative to the

possibility of a resolution short of trial;

WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing when counsel for all parties are next available is **Tuesday, August 9, 2016, at 9:00 a.m.,** a date and time which is also available on this Court's calendar;

WHEREAS, the parties further advise the Court that while the parties are in agreement to continue the matter until August 9, 2016, it is possible that lead counsel for the United States will be in trial before the Honorable Edward J. Davila, during the month of August, including August 9th. If counsel for the United States becomes unavailable on August 9th, the parties will submit a proposed stipulation and order to an available date, at the earliest possible opportunity for this Court's review and consideration.

THEREFORE, the parties also mutually and jointly stipulate that the matter be continued for defendants VECHAM, PALLAPOTHU, TOTA, and REDDY from July 12, 2016, until August 9, 2016, and further jointly stipulate and agree that time should be excluded from July 12, 2016, up to and including August 9, 2016.

All the parties agree that excluding time until August 9, 2016, is necessary, given the need to maintain continuity of counsel and for effective preparation of counsel. The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Finally, the parties agree that the ends of justice served by excluding time from July 12, 2016, up to and including until August 9, 2016, outweigh the best interest of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7).

**IT IS SO STIPULATED.**

DATED: June 3, 2016                  /s/
                                     ETHAN BALOGH
                                     Attorney for SATYANARAYANA TOTA

| | | |
|---|---|---|
| 1 | DATED: June 3, 2016 | /s/<br>EDWIN PRATHER |
| 2 | | Attorney for KISHORE PALLAPOTHU<br>     a/k/a Krishna Kishore |
| 3 | | |
| 4 | DATED: June 3, 2016 | /s/<br>NANCI CLARENCE |
| 5 | | Attorney for RAGINI VECHAM<br>     a/k/a/ Ragini Vechman |
| 6 | | |
| 7 | DATED: June 3, 2016 | /s/<br>ISMAIL RAMSEY |
| 8 | | Attorney for RAMANA REDDY |
| 9 | | |
| 10 | DATED: June 3, 2016 | BRIAN J. STRETCH<br>United States Attorney |
| 11 | | |
| 12 | | |
| 13 | | /s/<br>TIMOTHY J. LUCEY |
| 14 | | Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: [illegible]

HONORABLE BETH L. FREEMAN
United States District Court