UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 9, 2016     **Time in Court:** 07 Minutes     **Judge:** BETH LABSON FREEMAN

**Case No.**: 5:15-cr-00427-BLF-1   **Case Name:** UNITED STATES v. Ragini Vecham

**Attorney for Plaintiff:** Timothy Lucey
**Attorney for Defendant:** Edwin Prather

**Deputy Clerk:** Tiffany Salinas-Harwell      **Court Reporter:** Summer Fisher
                                                9:25 – 9:32
**Interpreter:** n/a                            **Probation Officer:** n/a

**PROCEEDINGS**

Counsel for Plaintiff and Defendant Present.
Defendant Present out of custody.

**Status Hearing held.**

**CASE CONTINUED TO:** October 04, 2016 at 8:30 a.m. for Possible Change of Plea or Further Status Hearing.

**EXCLUDABLE DELAY:** Effective Preparation of Counsel.
Begins: 08/09/2016
Ends: 10/04/2016

August 09, 2016

Courtroom Deputy to the Honorable
Beth Labson Freeman