UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 9, 2016     **Time in Court:** 07 Minutes     **Judge:** BETH LABSON FREEMAN

**Case No.:** 5:15-cr-00427-BLF-2     **Case Name:** UNITED STATES v. Kishore Pallapothu

**Attorney for Plaintiff:** Timothy Lucey
**Attorney for Defendant:** Edwin Prather

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Summer Fisher
                                                                                 9:25 – 9:32
**Interpreter:** n/a                                           **Probation Officer:** n/a

## PROCEEDINGS

Counsel for Plaintiff and Defendant Present.
Defendant Present out of custody.

**Status Hearing held.**

**CASE CONTINUED TO: October 04, 2016 at 8:30 a.m. for Possible Change of Plea or Further Status Hearing**.

---

**EXCLUDABLE DELAY:** Effective Preparation of Counsel.
Begins:  08/09/2016
Ends:  10/04/2016

---

August 09, 2016

Courtroom Deputy to the Honorable
Beth Labson Freeman