# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAGINI VECHAM, *et al.*,<br><br>          Defendants. | Case No.:  CR 15-0427 BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE** |

   The United States, through its counsel Assistant United States Attorney Timothy Lucey, and defendant Vecham, through her counsel Nanci Clarence and Josh Cohen, defendant Pallapothu through his counsel Mary McNamara and Edwin Prather, defendant Tota through his counsel Ethan A. Balogh and defendant Reddy through his counsel Izzy Ramsey, hereby agree and stipulate to a continuance in this case from Tuesday, October 18, 2016, to Tuesday, December 13, 2016, at 8:30 a.m. before this Court.

   This continuance is requested for the following:

1  Since the last calling of this case, counsel for Kishore Pallapathou have spearheaded negotiations with the United States in pursuit of global resolution.  The parties ordered professional appraisals on a number of commercial real estate properties, but still await the completion of those appraisals.  Additional time is required to receive the appraisals, consider and analyze their meaning in the context of a settlement, and further the settlement efforts between the parties.  The parties agree that a continuance until December 13, 2016 is necessary to advance this matter towards a resolution.

For these reasons, the parties respectfully request that the Court continue the status conference in this case from October 18, 2016 to December 13, 2016, at 8:30 a.m.  The parties stipulate that the time period through December 13, 2016 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interest of justice to permit effective defense investigation and preparation, and specifically to allow time for the defense to evaluate the discovery provided, consider additional investigation and discovery requests, and make an informed decision regarding the course of the case.

SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: October 13, 2016         _____/s/_____
TIMOTHY LUCEY
Assistant United States Attorney


Dated: October 13, 2016         _____/s/_____
NANCI CLARENCE
JOSH COHEN
Attorneys for Defendant
RAGINI VECHAM

Dated: October 13, 2016        _____/s/_____
                               MARY MCNAMARA
                               EDWIN PRATHER
                               Attorneys for Defendant
                               KISHORE PALLAPOTHU


Dated: October 13, 2016        _____/s/_____
                               ETHAN A. BALOGH
                               Attorney for Defendant
                               SATYANARAYANA TOTA


Dated: October 13, 2016        _____/s/_____
                               IZZY RAMSEY
                               Attorney for Defendant
                               RAMANA REDDY

# [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that a continuance in this case is granted from October 18, 2016, to December 13, 2016, at 8:30 a.m., before this Court.  The Court finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, and that for the reasons stated in the stipulation, *i.e.,* the need for additional time for effective defense investigation and preparation, and specifically for the defense to evaluate the discovery provided, consider additional investigation and discovery requests, and make an informed decision regarding the course of the case, an exclusion of time is appropriate.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from October 18, 2016, through December 13, 2016, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), due to the need for additional

1  time to permit effective defense investigation and preparation for the above-stated reasons,
2  and in the interests of justice.
3       IT IS SO ORDERED.
4
5  Dated: _____      _____
                                        HONORABLE BETH L. FREEMAN
6                                       UNITED STATES DISTRICT JUDGE