# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAGINI VECHAM, *et al.,*<br><br>Defendants. | Case No.:  CR 15-0427 BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE**<br>**\*\*AS MODIFIED BY THE COURT\*\*** |

The United States, through its counsel Assistant United States Attorney Timothy Lucey, and defendant Vecham, through her counsel Nanci Clarence and Josh Cohen, defendant Pallapothu through his counsel Mary McNamara and Edwin Prather, defendant Tota through his counsel Ethan A. Balogh and defendant Reddy through his counsel Izzy Ramsey, hereby agree and stipulate to a continuance in this case from Tuesday, October 18, 2016, to Tuesday, December 13, 2016, at 8:30 a.m. before this Court.

This continuance is   requested for the following:

Since the last calling of this case, counsel for Kishore Pallapathou have spearheaded negotiations with the United States in pursuit of global resolution.  The parties ordered professional appraisals on a number of commercial real estate properties, but still await the completion of those appraisals.  Additional time is required to receive the appraisals, consider and analyze their meaning in the context of a settlement, and further the settlement efforts between the parties.  The parties agree that a continuance until December 13, 2016 is necessary to advance this matter towards a resolution.

For these reasons, the parties respectfully request that the Court continue the status conference in this case from October 18, 2016 to December 13, 2016, at 8:30 a.m.  The parties stipulate that the time period through December 13, 2016 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interest of justice to permit effective defense investigation and preparation, and specifically to allow time for the defense to evaluate the discovery provided, consider additional investigation and discovery requests, and make an informed decision regarding the course of the case.

SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: October 13, 2016              _____/s/_____
                                     TIMOTHY LUCEY
                                     Assistant United States Attorney

Dated: October 13, 2016              _____/s/_____
                                     NANCI CLARENCE
                                     JOSH COHEN
                                     Attorneys for Defendant
                                     RAGINI VECHAM

Dated: October 13, 2016              _____/s/_____

1

2

MARY MCNAMARA
EDWIN PRATHER
Attorneys for Defendant
KISHORE PALLAPOTHU

3

4

Dated: October 13, 2016

5

6

_____/s/_____
ETHAN A. BALOGH
Attorney for Defendant
SATYANARAYANA TOTA

7

8

Dated: October 13, 2016

9

10

_____/s/_____
IZZY RAMSEY
Attorney for Defendant
RAMANA REDDY

11

12

**[PROPOSED]** **ORDER**

13

14

     GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED

15

that the status conference scheduled for October 18, 2016 is CONTINUED to December 13,

16

2016, at 8:30 a.m., before this Court.  **If the parties wish to convert the status conference**

17

**to a change of plea, the matter will be reset for December 13, 2016 at 8:00 a.m.**  The

18

Court finds that the ends of justice that will be served by granting a continuance outweigh the

19

best interests of the public and the defendant in a speedy trial, and that for the reasons stated

20

in the stipulation, *i.e.,* the need for additional time for effective defense investigation and

21

preparation, and specifically for the defense to evaluate the discovery provided, consider

22

additional investigation and discovery requests, and make an informed decision regarding the

23

course of the case, an exclusion of time is appropriate.

24

     Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the stipulation,

25

the time within which the trial of this matter must be commenced under the Speedy Trial Act is

EXCLUDED during the time period from October 18, 2016, through December 13, 2016,

1  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), due to the need for additional

2  time to permit effective defense investigation and preparation for the above-stated reasons,

3  and in the interests of justice.

4

5        IT IS SO ORDERED.

6

7  Dated: October 14, 2016

   _____
   HONORABLE BETH L. FREEMAN
8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25