MIRANDA KANE (CA Bar No. 150630)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:  (415) 343-7100
Fax:  (415) 343-7101
Email: mkane@conmetkane.com

Attorneys for KISHORE PALLAPOTHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KISHORE PALLAPOTHU,<br><br>  Defendant. | CASE NO. 15-CR-427-BLF<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER AUTHORIZING INTERNATIONAL TRAVEL** |

On January 14, 202, this Honorable Court sentenced Mr. Pallapothu to 33 months' imprisonment followed by a three-year term of supervised release. *See* Dkt. No. 242.  Mr. Pallapothu's current conditions of supervised release require him to receive advance permission from the United States Probation Office (USPO) before traveling outside the Northern District of California; international travel requires express authorization by the Court.  Mr. Pallapothu is under the supervision of United States Probation Officer Aldonza Leal. He has been compliant with all conditions of his supervised release.

Mr. Pallapothu seeks to permission to travel to Hyderabad, India to visit his elderly parents, departing August 7, 2022, and returning August 29, 2022.  He has provided his air travel and trip

itinerary to the government and the USPO.  Neither Probation Officer Leal nor United States Attorney Jeffrey Schenk object to Mr. Pallapothu's travel request.

      Accordingly, Mr. Pallapothu requests that the Court grant him permission to travel to Hyderabad, India from August 7, 2022, through August 29, 2022.

SO STIPULATED.

Dated:   July 25, 2022                  /s/
                                                            MIRANDA KANE
                                                            Attorney for Defendant Kishore Pallapothu

                                                            STEPHANIE HINDS
                                                            United States Attorney

Dated:   July 25, 2022                  /s/
                                                            Jeffrey Schenk
                                                            Assistant United States Attorney

[<s>PROPOSED</s>] ORDER

**GOOD CAUSE BEING SHOWN**  Kishore Pallapothu is authorized to travel to Hyderabad, India from August 7, 2022 through August 29, 2022.  He must provide the United States Probation Office with his itinerary in advance of his travel.  All other conditions of supervised release set forth in Mr. Pallapothu's Judgment & Commitment Order shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated:   July 26, 2022                                                           /s/ Beth Labson Freeman
                                                            HON. BETH LABSON FREEMAN
                                                            United States District Court