ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: 415.436.6598
> Fax: 415.436.7432
> Karen.Beausey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> V. </br></br> KISHORE PALLPOTHU, </br></br> Defendant. | CASE NO. CR 15-0427 BLF </br></br> SATISFACTION OF MONEY JUDGMENT |

The monetary obligation imposed by this Court on January 14, 2020 in the above-entitled case, having been paid in full, the Clerk of the United States District Court for the Northern District of California, is hereby authorized and empowered to satisfy the condition in the sentence ordering forfeiture to the United States in the amount of $2,500,000.

DATED: 05/22/2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/S/_____
KAREN D. BEAUSEY
Assistant United States Attorney